UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Judy Slominski,                                                       Civil No. 06-3119 (RHK/AJB)

        Plaintiffs,                            **DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

vs.

U.S. Bancorp, d/b/a U.S. Bank
RMS CC, d/b/a U.S. Bank, et al.,

        Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: July 27, 2006

                                                          S/Richard H. Kyle
                                                          RICHARD H. KYLE
                                                          United States District Judge