# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# COURT FILE NO.: CV – 06-3119 MJD/AJB

| | |
|---|---|
| Judy Slominski,<br><br>        Plaintiff,<br>v.<br><br>U.S. Bank National Association, N.D.; Citibank (South Dakota), N.A.; Trans Union LLC; CSC Credit Services, Inc.; and Experian Information Solutions, Inc.,<br><br>        Defendants. | **ORDER** |

## ORDER FOR JUDGMENT OF DISMISSAL OF DEFENDANT JPMORGAN CHASE

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint against Defendant JPMorgan Chase (only) on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                                                            **BY THE COURT**

Dated: October 19, 2006                          s / Michael J. Davis
                                                            Honorable Judge Michael J. Davis
                                                            United States District Court

1